**Fill in this information to identify the case:**

Debtor 1    Lillian Sikanovski Dulac

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Central    District of    California
  (State)

Case number    8:18-bk-12967-ES

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-9

**Court claim No. (if known):** N/A (*)

**Last 4 digits** of any number you use to identify the debtor's account: 0629

**Date of payment change:**
Must be at least 21 days after date of this notice    10/1/2018

**New total payment:**
Principal, interest, and escrow, if any    $ 4,545.98

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No

   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.000 %    New interest rate: 5.000 %

   Current principal and interest payment: $ 3,672.20    New principal and interest payment: $ 3,970.61

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Lillian Sikanovski Dulac | | | Case Number *(if known)* | 8:18-bk-12967-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  **/s/ Kelsey Luu**                                                     Date  **August 27, 2018**
      Signature

Print:     Kelsey Luu                                                       Title:  Agent for Creditor
            First Name    Middle Name    Last Name

Company:  Aldridge Pite, LLP

Address:  4375 Jutland Dr. Suite 200; P.O. Box 17933
            Number             Street

            San Diego          CA              92177
            City               State           Zip Code

Contact phone  858  750  7600                                Email  PCN-PPFN.Inquiries@nationstarmail.com

**\*The above referenced creditor has not filed a Proof of Claim in this case. However, in accordance with Rule 3002.1 of the Federal Rules of Bankruptcy Procedure, this Notice of Mortgage Payment Change is being filed on the court's docket to give notice to all interested parties of the change in the Debtor(s) monthly mortgage payment. If a Proof of Claim is filed subsequent to this Notice of Mortgage Payment Change, all future Notices of Mortgage Payment Change will be filed as supplements to the Proof of Claim.**

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Dallas, TX 75019

**OUR INFO**
**ONLINE**
www.mrcooper.com

07/25/2018

LILLIAN SIKANOVSKI
18566 SANTA ANDREA ST
FOUNTAIN VA, CA 92708

**YOUR INFO** LOAN NUMBER:

**PROPERTY ADDRESS:**
2909 STRATFORD L
MOUND, MN 55364

**SUBJECT:**
*Changes to Your Mortgage Interest Rate and Payments on 10/01/2018*

Dear Lillian Sikanovski,

Under the terms of your Adjustable Rate Mortgage (ARM), you had a **12** month period during which your interest rate stayed the same. That period ends on **09/01/2018**, so on that date your interest rate changes. After that, your interest rate and payment change every **12 months** months for the life of your loan. **Your interest rate and payment are scheduled to change again on 10/01/2019.**

|  | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
|---|---|---|
| Interest Rate | **4.000%** | **5.000%** |
| Principal | **$1,783.65** | **$1,617.35** |
| Interest | **$1,888.55** | **$2,353.26** |
| Escrow | **$575.37** | **$575.37** |
| **TOTAL MONTHLY PAYMENT** | **$4,247.57** | **$4,545.98** due **10/01/2018** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is th**e AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR ONE-YEAR US DOLLAS DENOMINATED DEPOSITS** and your margin is **2.250%. THE AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR ONE-YEAR DOLLAR DENOMINATED**

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**


EQUAL HOUSING OPPORTUNITY

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

**DEPOSITS** is published **DAILY IN THE PRINT EDITION OF THE WALL STREET JOURNAL.**

**Rate Limits:** Your rate cannot go higher than **11.875**% or lower than **2.250%** over the life of the loan. Your rate on the first change cannot be increased by more than **5.000**% or decreased by more than **4.625**%. On all subsequent changes, your rate will not increase by more than **2.000**% or decrease by more than **2.000**%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the **AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR ONE-YEAR US DOLLAS DENOMINATED DEPOSITS** index, your margin of **2.250**%, your loan balance of **$564,782.81** and your remaining loan term of **216 months**.

**Prepayment Penalty:** Mr. Cooper will not assess a prepayment penalty at any time, in the event you would like to pay part or all of your mortgage balance.

 If you have any questions, please contact us at 888-480-2432 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 6 p.m. (CT) and Saturday from 8 a.m. to 2 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.]

*Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.*



**Hawaii Residents:** **If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Fifteen Piedmont Center, 3575 Piedmont Street N.E. Suite 500, Atlanta, GA 30305

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF MORTGAGE PAYMENT CHANGE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>September 5, 2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the followingpersons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**US Trustee** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
**Debtor's Attorney** Michael Jones    mike@mjthelawyer.com
**Ch13 Trustee** Amrane (SA) Cohen (TR)    efile@ch13ac.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>September 5, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor**
Lillian Sikanovski Dulac
18566 Santa Andrea Street
Fountain Valley, CA 92708

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 5, 2018 | Ebony Ishmon | /s/EBONY ISHMON |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.